UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL N. BROWN (#128161)     CIVIL ACTION

VERSUS

LAWRENCE HALL (ASSIST. WARDEN), ET AL.     NO. 09-0684-RET-CN

J U D G M E N T

For the written reasons assigned:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this 15th of October, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT